

IT IS SO ORDERED
Judge Edward J. Davila
11/16/2016

1  Peter Kristofer Strojnik, State Bar No. 242728
   strojnik@skplaw.com
2  **THE STROJNIK FIRM LLC**
3  Esplanade Center III, Suite 700
   2415 East Camelback Road
4  Phoenix, Arizona 85016
   Telephone:  (602) 510-9409
5  Facsimile:   (602) 865-7788
6
7  Attorneys for Plaintiff THERESA BROOKE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| THERESA BROOKE, a married woman dealing with her sole and separate claim, | Case No: 5:16-cv-4157-EJD |
|---|---|
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| vs. | |
| Kang Family Partners, L.P. | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that Plaintiff Theresa Brooke hereby dismisses all claims against all Defendants with prejudice in the above entitled action, with each party to bear their own costs and attorneys' fees.

RESPECTFULLY SUBMITTED this 14th day of November, 2016.

**THE STROJNIK FIRM L.L.C.**

_____
Peter Kristofer Strojnik (242728)
Attorneys for Plaintiff THERESA BROOKE